ACCEPTED
06-15-00013-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/12/2015 1:47:49 PM
DEBBIE AUTREY
CLERK

No. 06-15-00013-CV

In the Court of Appeals for the

Sixth District of Texas

at Texarkana

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
8/12/2015 1:47:49 PM
DEBBIE AUTREY
Clerk

CITY NATIONAL BANK OF SULPHUR SPRINGS. . . . . . . . . . . . APPELLANT

V.

JOHN ALEXANDER SMITH. . . . . . . . . . . . . . . . . . . . . . . . . . . . . APPELLEE

**Joint Motion to Extend Time for Filing Briefs of Appellant, City National Bank of Sulphur Springs, and Cross-Appellant, John Alexander Smith**

TO THE HONORABLE COURT OF APPEALS:

CITY NATIONAL BANK OF SULPHUR SPRINGS, Appellant, and JOHN ALEXANDER SMITH, Cross-Appellant in the above styled and numbered cause, hereby move the Court pursuant to Rule 38.6(d), Texas Rules of Appellate Procedure, for an extension of time to file their briefs. As grounds for such extension Appellant would show unto the Court the following:

I.

This is Appellant's first request for an extension of time in which to file its brief. Appellant's brief is due to be filed on August 17, 2015.

This is Cross-Appellant's first request for an extension of time in which to file his brief. Cross-Appellant's brief is due to be filed on August 17, 2015.

II.

Counsel for both Appellant and Cross-Appellant have begun preparation of Appellant's brief in this case, however, due to other commitments counsel have been unable to complete research and finalize the briefs in this case.

III.

Therefore, Appellant and Cross-Appellant would request an extension of thirty (30) days in which to file their briefs. The requested extension should not in the ordinary course of procedure in this court delay oral argument and submission and is not requested for delay but that justice be served.

WHEREFORE, PREMISES CONSIDERED, Appellant , CITY NATIONAL BANK OF SULPHUR SPRINGS,   and Cross-Appellant, JOHN ALEXANDER SMITH, pray that the time for filing their appellate briefs be extended thirty (30) days until September 16, 2015.

Respectfully submitted,

 /s/ *John R. Mercy*
John R.  Mercy
State Bar No. 13947200
MERCY ✠ CARTER ✠ TIDWELL, L.L.P.
1724 Galleria Oaks Drive
Texarkana, TX  75503
Telephone:  (903) 794-9419
Facsimile:   (903) 794-1268
E-mail: jmercy@texarkanalawyers.com

Coy Johnson
   State Bar No. 10698000
   Email: coy@clayjohnsonlaw.com
Clay Johnson
   State Bar No. 24007450
   Email: clay@clayjohnsonlaw.com
JOHNSON LAW FIRM, P.C.
609 Gilmer Street
Sulphur Springs, TX 75482-4121
Telephone:  (903) 885-8866
Facsimile:   (903) 584-1313

ATTORNEYS FOR APPELLANT, CITY
NATIONAL BANK OF SULPHUR SPRINGS

J. Mark Sudderth
State Bar No. 19461500
NOTEBOOM LAW FIRM
669 Airport Freeway, Suite 100
Hurst, TX 76053-3698
Telephone: (817) 282-9700
Facsimile: (817) 282-8073
Email: sudderth@noteboom.com

ATTORNEYS FOR CROSS-APPELLANT,
JOHN ALEXANDER SMITH

## CERTIFICATE OF CONFERENCE

The parties have conferred and agreed to file this joint motion.


   /s/ *John R. Mercy*
John R.  Mercy

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Joint Motion to Extend Time for Filing Briefs of Appellant, City National Bank of Sulphur Springs, and Cross-Appellant, John Alexander Smith,* has been served via e-service on:

Mr. J. Mark Sudderth
NOTEBOOM LAW FIRM
669 Airport Freeway, Suite 100
Hurst, TX 76053-3698
Email: sudderth@noteboom.com

John R. Mercy
MERCY ✶ CARTER ✶ TIDWELL, L.L.P.
1724 Galleria Oaks Drive
Texarkana, TX 75503
E-mail: jmercy@texarkanalawyers.com

Coy Johnson
  Email: coy@clayjohnsonlaw.com
Clay Johnson
  Email: clay@clayjohnsonlaw.com
JOHNSON LAW FIRM, P.C.
609 Gilmer Street
Sulphur Springs, TX 75482-4121

this the 12th day August, 2015.

      /s/ *John R. Mercy*
      John R. Mercy